# United States Bankruptcy Court
## District of New Mexico

In re **Paul Neil Dorsett**

Debtor(s)

Case No.

Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 2,550.00 |
   | Prior to the filing of this statement I have received | $ | 1,650.00 |
   | Balance Due | $ | 900.00 |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Attorney's fees = $2,240.00 (which includes tax of $169.52 and a $50.00 payment to other counsel for appearance at the 341 meeting), + filing fee = $310.00.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Appearance at 2004 examination or conversion to a case under chapter 7.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/13/19

Date

Wesley O. Pool
Signature of Attorney
Pool Law Firm, P.C.
201 Innsdale Terrace
Clovis, NM 88101
575-762-8300  Fax: 575-762-3173
mike@poollawfirm.com; wesley@poollawfirm.com
Name of law firm

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 19-11878-t13   Doc 6   Filed 08/14/19   Entered 08/14/19 13:22:45 Page 1 of 1